United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DARRELL PATTERSON,

Plaintiff.

Case No. 22-cv-05972-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff, a Florida state prisoner proceeding pro se, wrote a letter to the court.  In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice.  Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.

   **IT IS SO ORDERED.**

Dated: November 16, 2022

   _/s/ Phyllis J. Hamilton_
   PHYLLIS J. HAMILTON
   United States District Judge